# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

Todd A. Mellon,

        Plaintiff,

vs.

Michael J. Astrue,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:08-CV-2110-MBS

- [ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- [ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

- [X] **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that the Commissioner's decision denying a period of disability and disability insurance benefits and supplemental security income is affirmed.

LARRY W. PROPES, Clerk

By  s/ Penelope W. Roulston
        Deputy Clerk

August 31, 2009